UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number:  11-23559-CIV-MORENO

MARIA OLGA OSTOS,

      Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social
Security,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Robert L. Dubé, United States Magistrate Judge for a Report and Recommendation on the cross motions for summary judgment **(D.E. Nos. 21 & 24)**, filed on April 6 and June 6, 2012.  The Magistrate Judge filed a Report and Recommendation **(D.E. No. 28)** on **November 20, 2012**.  The Court has reviewed the entire file and record.  The Court has made a *de novo* review of the issues and notes that Plaintiff has not filed objections to the Magistrate Judge's Report and Recommendation and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

      **ADJUDGED** that United States Magistrate Judge Robert L. Dubé's Report and Recommendation **(D.E. No. 28)** on **November 20, 2012** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

      **ADJUDGED** that the decision of the Commissioner of Social Security is AFFIRMED. Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion for Summary

Judgment is GRANTED.  It is also

**ADJUDGED** that all other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this⸺day of December, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Robert L. Dubé

Counsel of Record